**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2514**

KEITH B. SHAMBERGER,

             Plaintiff - Appellant,

       v.

WELLS FARGO BANK, N.A.; AMERICA'S SERVICING COMPANY, d/b/a
ASC; SHAPIRO BROWN & ALT, LLP,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  John A. Gibney, Jr.,
District Judge. (3:13-cv-00645-JAG)

Submitted:  April 17, 2014          Decided:  April 21, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith B. Shamberger, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith B. Shamberger appeals the district court's order dismissing his pro se complaint against Defendants after a review pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>Shamberger v. Wells Fargo Bank, N.A.</u>, No. 3:13-cv-00645-JAG (E.D. Va. Nov. 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>